# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

SUIRUI GROUP CO., LTD., *et al.,*

*Defendants.*

Civil Action No.: 26-0369 (AHA)

## DECLARATION OF TINGKANG XIA

1.      I am Tingkang Xia.  I am a Partner in the law firm of Troutman Pepper Locke resident in the firm's Atlanta office.

2.      I submit this Declaration to oppose the Government's expedited hearing request (Doc. 6-3).  Under the Government's proposed schedule, this Court would hold a hearing on the Government's preliminary injunction motion "no later than 21 days after" (*id.*) it filed that motion on February 18—meaning that the hearing would take place on March 11 if not even earlier than that.  The Government's desired schedule is, however, impractical and unfair to the Defendants, for reasons I shall explain.

3.      My firm and I were retained to represent the Defendants only three days ago, on February 20, as was the Schaerr Jaffe firm.  As newly retained counsel, we require time to confer with our new clients, develop an understanding of the facts and the history of this matter, and, most importantly, prepare a proper response to the Government's injunction motion.

4.      Greatly complicating the Government's desired schedule is the fact that the Lunar New Year holiday, also known as Chinese New Year, is underway, and two of the Defendants are Chinese businesses that are closed for the holiday.  Lunar New Year is a very important holiday in China and other Asian countries—one that Asian Americans celebrate here as well.  *See, e.g.,* The White House, Presidential Message on Lunar New Year (Feb. 17, 2026) (sending "best wishes to the millions of people of Asian heritage in the United States and around the world observing Lunar New Year and celebrating the Year of the Horse"); Statement by President Joe Biden and First Lady Jill Biden on Lunar New Year (Feb. 1, 2022).

5.      Chinese New Year began on February 17 of this year and "is a 15-day festival that marks the beginning of the Chinese traditional calendar and welcomes spring."  Congressional Research Service, R46674, *Lunar New Year: Fact Sheet* at 1, 2 (Updated Jan. 16, 2026).

6.      In my decades of experience as an American lawyer in the U.S. representing clients in China, I have learned that it is extremely challenging to communicate with Chinese clients during the Chinese New Year holiday.  It is even more difficult for clients in China to review documents or make important decisions during that time.

7.      I expect to encounter problems communicating with my clients in China until the holiday ends on March 3.  It would be impractical and unfair to insist that the Defendants respond to the Government's injunction motion before the date we have proposed in the parties' Joint Status Report.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on February 23, 2026.

_____

Tingkang Xia