UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>SUIRUI GROUP CO., LTD., *et al.,*<br><br>*Defendants.* | Civil Action No.: 26-0369 (AHA) |

**DEFENDANTS' NOTICE REGARDING AVAILABILTIY FOR HEARING**

Defendants respectfully submit this notice to provide the Court with counsel's availability for a hearing on Plaintiff's motion for a preliminary injunction, should the Court determine that it will hold a hearing after March 11, 2026, the last hearing date requested in the Government's request for an expedited hearing. *See* ECF No. 6-3.[1]

Counsel for Defendants are available to participate in a preliminary injunction hearing on any of the following dates: March 16, 18, 19, 31; April 1, 2.[2]

---

[1] In advance of filing this Notice, counsel for Defendants conferred with Government counsel to determine whether the Government wanted to join this Notice and provide the Court with mutually agreeable dates. The Government "declined to join at this time."

[2] If the Court concludes that it will hold a hearing after April 2, Defendants can provide additional available dates.

February 24, 2026

Respectfully submitted,

*/s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci
D.C. Bar No. 453423
Brian J. Field
D.C. Bar No. 985577
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
cbartolomucci@schaerr-jaffe.com
bfield@schaerr-jaffe.com

Tingkang Xia*
Peter D. Leary*
Troutman Pepper Locke LLP
600 Peachtree Street, N.E.
Suite 3000
Atlanta, GA 30308

* Admitted *pro hac vice*

*Counsel for Defendants*