**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> SUIRUI GROUP CO., LTD, *et al.,* <br><br> *Defendants*. | Civil Action No.: 26-0369 (AHA) |

**MOTION FOR WITHDRAWAL OF COUNSEL**

Pursuant to Local Civil Rule 83.6(c), Defendants, Suirui Group Co., LTD, Suirui International Co., Ltd., and Jupiter Systems, Inc. ("Defendants"), respectfully moves this Court to withdraw the appearance of Misha Tseytlin, as counsel for Defendants.  No trial date has been set, and Defendants will continue to be ably represented by attorneys from Troutman Pepper Locke LLP and Schaerr Jaffe LLP who have appeared and will suffer no prejudice by this withdrawal.

Date: June 1, 2026

Respectfully submitted,

/s/ Misha Tseytlin
MISHA TSEYTLIN
DC BAR NO. 991031
TROUTMAN PEPPER LOCKE LLP
111 South Wacker Drive
Suite 4100
Chicago, IL 60606
(608) 999-1240
(312) 443-0336 (fax)
misha.tseytlin@troutman.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of June, 2026, I filed the foregoing notice with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

/s/Misha Tseytlin
Misha Tseytlin
TROUTMAN PEPPER
LOCKE LLP
111 S. Wacker Dr., Suite 4100
Chicago, IL 60606
(608) 999-1240
(312) 759-1939 (fax)
misha.tseytlin@troutman.com