**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* v. SUIRUI GROUP CO., LTD, *et al., Defendants*. | Civil Action No.: 26-0369 (AHA) |

## MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Local Civil Rule 83.6(c), Defendants, Suirui Group Co., LTD, Suirui International Co., Ltd., and Jupiter Systems, Inc. ("Defendants"), respectfully moves this Court to withdraw the appearance of Jeff P. Johnson, as counsel for Defendants. No trial date has been set, and Defendants will continue to be ably represented by attorneys from Troutman Pepper Locke LLP and Schaerr Jaffe LLP who have appeared and will suffer no prejudice by this withdrawal.

Date: June 3, 2026

Respectfully submitted,

/s/ Jeff P. Johnson
JEFF P. JOHNSON
DC BAR NO. 102921
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point
Richmond, VA 23219
(804) 697-1480
Jeff.johnson@troutman.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of June, 2026, I filed the foregoing notice with the

Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered

CM/ECF users.


*/s/Jeff P. Johnson*
Jeff P. Johnson